IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. _____ |

## RULE 7.1 STATEMENT OF PLAINTIFFS PURDUE PHARMA PRODUCTS L.P. AND NAPP PHARMACEUTICAL GROUP LIMITED

Pursuant to Fed. R. Civ. P. 7.1(a), Purdue Pharma Products L.P. and Napp Pharmaceutical Group Limited hereby state as follows:

1. Purdue Pharma Products L.P. is a Delaware limited partnership. Purdue Pharma Products L.P. does not have a parent corporation, and no publicly held company owns 10% or more of the partnership interests of Purdue Pharma Products L.P.

2. Napp Pharmaceutical Group Limited is a United Kingdom limited company. Napp Pharmaceutical Group Limited has one parent corporation, Napp Pharmaceutical Holdings Limited. No publicly held company owns 10% or more of Napp Pharmaceutical Group Limited's stock or Napp Pharmaceutical Holdings Limited's stock.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Rodger D. Smith II*

                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    rsmith@mnat.com
                    *Attorneys for Plaintiffs*
                      *Purdue Pharma Products L.P.*
                      *and Napp Pharmaceutical Group Ltd.*

OF COUNSEL:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, California 94301
(650) 617-4000

Herbert F. Schwartz
Richard A. Inz
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

October 24, 2007
1291006