IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL SRL, and ORTHO-MCNEIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 07-666-JJF |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that defendant Par Pharmaceutical Companies, Inc. has no corporate parents and that no publicly-held corporation holds more than 10% of its stock. The undersigned counsel of record further certifies that defendant Par Pharmaceutical, Inc. is a wholly owned corporate subsidiary of Par Pharmaceutical Companies, Inc. and that there is no other publicly-held corporation that holds more than 10% of Par Pharmaceutical, Inc.'s stock.

|  |  |
|---|---|
|  | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (# 2555) |
|  | Cottrell@rlf.com |
| Of Counsel: | Steven J. Fineman (#4025) |
|  | Fineman@rlf.com |
| Edgar H. Haug | RICHARDS, LAYTON & FINGER P.A. |
| Robert E. Colletti | One Rodney Square |
| FROMMER LAWRENCE & HAUG LLP | P.O. Box 551 |
| 745 Fifth Avenue | Wilmington, DE 19899 |
| New York, NY 10151 | Tel: (302) 651-7509 |
| Tel: (212) 588-0800 | Fax: (302) 651-7701 |
| Fax: (212) 588-0500 |  |
|  |  |
| Dated: November 14, 2007 | Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary W. Bourke
CONOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on November 14, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, California 94310
(650) 617-4000

Herbert F. Schwartz
Richard A. Inz
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

/s/ Jameson Tweedie
Jameson Tweedie (#4927)
Tweedie@rlf.com