**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **PURDUE PHARMA PRODUCTS L.P.,** <br> **NAPP PHARMACEUTICAL GROUP LTD.,** <br> **BIOVAIL LABORATORIES INTERNATIONAL,** <br> SLR, and **ORTHO-MCNEIL, INC.,** <br> Plaintiffs, <br><br> v. <br><br> **PAR PHARMACEUTICAL, INC.** and <br> **PAR PHARMACEUTICAL COMPANIES, INC.,** <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-414 <br> )    C.A. No. 07-255 <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

The undersigned here by certifies that copies of **PLAINTIFF ORTHO-MCNEIL, INC. FIRST SET OF INTERROGATORIES TO DEFENDANT (NOS. 1-8)** was caused to be served on November 16th in the manner indicated:

1

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10121<br>(212) 588-0800<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III (#2555)<br>Steve J. Fineman (#4025)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Cottrell@rlf.com<br>fineman@rlf.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com |

Respectfully submitted,


By: */s/ Mary W. Bourke*
      Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
302-658-9141
*Attorneys for Plaintiff Ortho-McNeil, Inc.*

DATED: November 16, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger, P.A. | Richard D. Kirk, Esquire<br>The Bayard Firm |

I further certify that I caused to be served copies of the foregoing document on November 16, 2007, via electronic mail:

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Edgar H. Haug<br>Daniel G. Brown<br>Robert E. Colletti<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10121<br>(212) 588-0800<br>ehaug@flhlaw.com<br>dbrown@flhlaw.com<br>rcolletti@flhlaw.com<br><br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Steve J. Fineman (#4025)<br>fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>Herbert F. Schwartz<br>Richard A. Inz<br>Sona De<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Herbert.schwartz@ropesgray.com<br>Richard.inz@ropesgray.com<br>Sona.de@ropesgray.com | **BY ELECTRONIC MAIL**<br>Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, California 94310<br>Robert.goldman@ropesgray.com<br><br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com |

November 16, 2007

By: */s/ Mary W. Bourke*
　　Mary W. Bourke
　　Connolly Bove Lodge & Hutz LLP
　　1007 North Orange Street
　　Wilmington, DE 19801
　　(302)658-9141
　　*mbourke@cblh.com*