IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
**PURDUE PHARMA PRODUCTS L.P.,** :
**NAPP PHARMACEUTICAL GROUP LTD.,** :
**BIOVAIL LABORATORIES INTERNATIONAL** :
**SRL, and ORTHO-MCNEIL, INC.,** :
:
    **Plaintiffs,** :
:
:
    v. : C.A. No. 07-255-JJF
: C.A. No. 07-666-JJF
:
**PAR PHARMACEUTICAL, INC. and** :
**PAR PHARMACEUTICAL COMPANIES, INC.,** :
:
:
    **Defendants.** :
------------------------------------------------------------x

## NOTICE OF SERVICE

TO:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899 | Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130 |
| Mary W. Bourke, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 | Robert J. Goldman, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, CA 04310 |
| Herbert F. Schwartz, Esquire<br>Richard A. Inz, Esquire<br>Sona De, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | |

PLEASE TAKE NOTICE that true and correct copies of Defendants' Interrogatories to Ortho-McNeil, Inc. were caused to be served on January 4, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

**BY ELECTRONIC MAIL**
Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 04310

**BY ELECTRONIC MAIL**
Herbert F. Schwartz, Esquire
Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

OF COUNSEL:
Edgard H. Haug
Daniel G. Brown
Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
212-588-0800

Dated: January 4, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

I hereby certify that on January 4, 2008, I have sent the foregoing document to the following non-registered participants by:

**BY ELECTRONIC MAIL**
Herbert F. Schwartz, Esquire
Richard A. Inz, Esquire
Sona De, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

**BY ELECTRONIC MAIL**
Robert J. Goldman, Esquire
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 04310

Steven J. Fineman (#4025)
fineman@rlf.com